

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00328-CR

**BROCK CORDEL CUERINGTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 361st District Court**
**Brazos County, Texas**
**Trial Court No. 14-01969-CRF-361**

## ABATEMENT ORDER

The reporter's record was filed with this Court on January 24, 2019; however, State's Exhibit 22, a body camera video, is still not viewable by this Court, despite various attempts to remedy the issue.

Accordingly, this appeal is ABATED to the trial court to, within 21 days from the date of this Order, oversee the filing of a copy of State's Exhibit 22 in a format that is viewable after it has been uploaded/filed via the clerk/reporter portal into the Court's case management software, a.k.a. TAMES.   If this is functionally impractical to

accomplish, then the trial court is ordered to oversee the transfer of State's Exhibit 22 to a format that is viewable on any modern DVD player or computer drive without any other proprietary software and labeled to identify the specific software needed to view the file.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Neill
Appeal abated
Order issued and filed May 22, 2019

